### Case No. 7,459.

JONES v. CROWELL et al.

[N. Y. Times, June 15, 1854.]

District Court, S. D. New York. June 12, 1854.

Benedict & Allen, for libellant.
Cochrane & Donohue, for respondents.

HELD BY INGERSOLL, District Judge. That the respondents, having made a tender in the case, admitted themselves to be the owners of the ship. That no misconduct was shown on the part of the libellant which would deprive her of her right to full wages. That, if the libellant had brought suit without good reason, or in such a way as to show an intention to annoy the respondents, costs would be refused: but that no such intention is shown. Decree for libellant, with costs.